# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156648

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellant,

v

GREGORY CARL WASHINGTON,
Defendant-Appellee.

SC: 156648
COA: 336050
Wayne CC: 04-004270-FC

_____/

On order of the Court, the application for leave to appeal the September 12, 2017 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). We further ORDER the Wayne Circuit Court, in accordance with Administrative Order 2003-03, to determine whether the defendant is indigent and, if so, to appoint counsel to represent the defendant in this Court.

The appellant shall file a supplemental brief within 42 days of the date of this order addressing: (1) whether the trial court's action of resentencing the defendant while an application for leave to appeal was pending in this Court was a jurisdictional defect, and (2) if so, whether the defendant could properly raise the jurisdictional defect in a successive motion for relief from judgment. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief, or the date of the order appointing counsel, whichever is later. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2018



Clerk

t0117